1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RANDY WATERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-05706-BHS-KLS<br><br><br>ORDER FOR REDACTION |

Based on the stipulation of the parties, it is ORDERED that the following actions shall be taken regarding pages 89-90 of the Certified Administrative record:

1) Order pages 89-90 be removed from the Certified Administrative Transcript and from all copies of the Transcript;

2) Order pages 89-90 not be disclosed to anyone; and

3) Order pages 89-90 be destroyed by Plaintiff's attorney, the clerk of the Court, the Assistant United States Attorney, and the Special Assistant U.S. Attorney/Assistant Regional Counsel.

///

///

Page 1   ORDER FOR REDACTION - [3:10-cv-05706-BHS-KLS]

The redacted remainder of the Certified Administrative Transcript will continue to be filed in this action as part of the Commissioner's Answer to Plaintiff's Complaint. The inadvertent inclusion of pages 89-90 is not a basis for a claimed error.

DATED this 24th day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov