UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RANDY WATERS, | Civil No. 3:10-CV-05706-BHS-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, and the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will consider the opinions of Peter Ciani, M.D., Michael Corpolongo, Ph.D., and C. Hilby, M.D.; consider the severity of the claimant's mental impairments; and if warranted by the expanded record, to apply the appropriate Medical-Vocational Rules given the claimant's age, education,

transferable skills, as well as residual functional capacity.

DATED this 10th day of March, 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented By:

s/ Kathy Reif
KATHY REIF
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-3851
Fax:  (206) 615-2531
kathy.reif@ssa.gov