# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDY WATERS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5706BHS/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Commissioner's decision in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act be REVERSE and REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of the 42 U.S.C. § 405(g).

|  |  |
|---|---|
| March 14, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |